IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL E. DIAZ,

    Plaintiff,                    No. CIV S-07-0020 WBS CMK P

    vs.

WARDEN D.K. SISTO, et al.,

    Defendants.               <u>ORDER TO SHOW CAUSE</u>

        Plaintiff, a state prisoner at CSP-Solano, has filed an emergency temporary restraining order and preliminary injunction. No other pleadings have been filed by the plaintiff. By order filed January 10, 2007, this court ordered plaintiff to file, within thirty days, a complaint that complies with the Federal Rules of Civil Procedure and an application to proceed in forma pauperis or the appropriate filing fee. To date, plaintiff has done neither.

        Accordingly, IT IS ORDERED that plaintiff shall show cause, in writing, within fifteen days from the date this order is filed, why this action should not be dismissed for failure to comply with the court's order and for failure to prosecute.

DATED: February 15, 2007.

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

1