IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL E. DIAZ,

    Plaintiff,                    No. CIV S-07-0020 WBS CMK P

    vs.

WARDEN D.K. SISTO, et al.,

    Defendants.             <u>ORDER</u>

                                    /

        By order filed January 10, 2007, the court ordered plaintiff to, within thirty days, file a complaint which complied with Rule 3 of the Federal Rules of Civil Procedure and to either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). When plaintiff failed to file such within thirty days, the court ordered him to show cause why this action should not be dismissed for failure to comply with the court's order.

        On February 20, 2007, plaintiff filed a document titled "Complaint." Plaintiff did not pay the required $350 filing fee nor did he file an application requesting leave to proceed in forma pauperis. Plaintiff must either pay the filing fee or request to proceed in forma pauperis before this case can proceed; however the court notes that the complaint filed February 20, 2007 does not comply with Rule 3 of the Federal Rules of Civil Procedure because the complaint does not contain a statement of plaintiff's claim.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The order to show cause filed February 16, 2007 is discharged.

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, and the application to proceed in forma pauperis by a prisoner.

4. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed.

DATED: February 27, 2007.

                                          /s/ Craig M. Kellison
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE