1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MIGUEL E. DIAZ,

11            Plaintiff,              No. CIV S-07-0020 WBS CMK P

12      vs.

13   D.K. SISTO, et al.,

14            Defendants.            FINDINGS & RECOMMENDATIONS

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel in this action.  This

17   proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. §

18   636(b)(1).

19          By order filed February 28, 2007, the court dismissed plaintiff's claims with leave

20   to file a complaint which complied with Federal Rule of Civil Procedure's Rule 3, which

21   requires that a complaint contain a statement of plaintiff's claim. Plaintiff was also directed to,

22   within thirty days, file an application to proceed in forma pauperis.[1]  The thirty day period has

23   now expired, and plaintiff has not filed an amended complaint, an application to proceed in

24   forma pauperis or the appropriate filing fee, or otherwise responded to the court's order.

25   _____

26      [1]Although plaintiff filed a request to proceed in forma pauperis on February 27, 2007, it
     was not properly certified by prison officials.

                                        1

1  Plaintiff was warned that his failure to comply with the court's order would result in a

2  recommendation that this action be dismissed.

3          Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's action be

4  dismissed without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

5          These findings and recommendations are submitted to the United States District

6  Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within

7  twenty days after being served with these findings and recommendations, plaintiff may file

8  written objections with the court.  The document should be captioned "Objections to Magistrate

9  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

10 within the specified time may waive the right to appeal the District Court's order. See  Martinez

11 v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

12

13 DATED:   April 17, 2007.

14

15                                      _____

16                                      CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26