IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL E. DIAZ,             No. CIV S-07-0020-WBS-CMK-P

    Plaintiff,

  vs.                          <u>ORDER</u>

D.K. SISTO, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On April 17, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  On April 19, 2007, plaintiff filed what was denominated an Amended Complaint, but still did not tender the filing fee or necessary papers to proceed in forma pauperis.  On May 15, 2007, he was given an additional 30 days to respond to the findings and objections, but no objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 17, 2007, are adopted in full;

2. This action is dismissed without prejudice;

3. All pending motions are denied as moot; and

4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: July 3, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE