IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL E. DIAZ, | No. CIV S-07-0020-WBS-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  This case, originally filed January 4, 2007, was dismissed for failure to file an amended complaint and application to proceed in forma pauperis.  Plaintiff appealed the dismissal.  This Court recognized that some of plaintiff's filings had been overlooked before entering final judgment and requested leave of the appellate court to sua sponte grant relief from the judgment entered.  The Ninth Circuit Court of Appeal remanded this case for further proceedings.

/ / /

/ / /

/ / /

1

1       Therefore, now pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 10).[1]  Plaintiff has not, however, submitted a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement or the appropriate filing fee.  Plaintiff is warned that failure to comply with this order may result in the dismissal of this action.  See Local Rule 11-110.

      Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit within 30 days of the date of this order, a certified copy of his prison trust account statement, or the appropriate filing fee.

DATED:  October 31, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1]     Plaintiff's amended complaint, filed April 19, 2007, will be reviewed and addressed in a separate order after plaintiff has resolved the fee issue addressed in this order.