IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL E. DIAZ, | No. CIV S-07-0020-WBS-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| D.K. SISTO, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for emergency temporary restraining order and for preliminary and permanent injunction (Doc. 27) filed December 3, 2007.[1]  However, before the court can rule on any pending motion, plaintiff has to resolve his filing fees.  Plaintiff has not filed a completed application to proceed in forma pauperis or paid the required filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).

/ / /

---

[1] Plaintiff's motion is 113 pages long, including all exhibits.  It does include one page of an application to proceed in forma pauperis, but it does not include a certified copy of his prison trust account.

1

Plaintiff has twice been ordered to either pay the filing fee or submit a completed application to proceed in forma pauperis (Doc. 9 and 26). Plaintiff filed an application to proceed in forma pauperis on February 27, 2007 (Doc. 10), however, the application was not complete in that it failed to include a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff has been given a significant amount of time to resolve this issue, and has yet to comply with this court's orders. Plaintiff will be given one more opportunity to provide the court with a certified copy of his prison trust account statement. However, plaintiff is warned that failure to comply with this order may result in the dismissal of this action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff shall submit within 30 days of the date of this order, a certified copy of his prison trust account statement, or the appropriate filing fee; and

2. This will be plaintiff's last opportunity to comply with this court's order.


DATED: December 13, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2