1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 MIGUEL E. DIAZ,                                No. CIV S-07-0020-WBS-CMK-P

12            Plaintiff,

13      vs.                                                    <u>ORDER</u>

14 D.K. SISTO, et al.,

15            Defendants.

16 _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18 to 42 U.S.C. § 1983.   On November 1, 2007, the court issued an order which required plaintiff to

19 submit a certified copy of his prison trust account statement for the six-month period

20 immediately proceeding the filing of his complaint as required by 42 U.S.C. § 1915(a)(2) within

21 30 days.  Plaintiff was warned that failure to comply may result in dismissal of this action for

22 lack of prosecution and failure to comply with court orders and rules.  <u>See</u> Local Rule 11-110.

23 More than 30 days elapsed and plaintiff did not comply.

24            On December 13, 2007, the court again issued an order requiring plaintiff to file a

25 certified copy of his prison trust account statement within 30 days.  Plaintiff was again warned

26 / / /

1

1    that failure to comply with this order may result in the dismissal of this action.  More than 30

2   days have elapsed and plaintiff has still not complied.

3              Plaintiff will be required to show cause and is warned that failure to respond to

4   this order may result in dismissal of the action.  See Local Rule 11-110.  The filing of a certified

5   copy of plaintiff's prison trust account statement, within the time provided herein, will constitute

6   an adequate response to this order to show cause.

7              Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in

8   writing, within 20 days of the date of service of this order, why this action should not be

9   dismissed for lack of prosecution and failure to comply with rules and/or court orders.

10

11    DATED: January 24, 2008

12

13                                                   CRAIG M. KELLISON
                                                     UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

2