IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL E. DIAZ,                                  No. CIV S-07-0020-WBS-CMK-P

    Plaintiff,

  vs.                                                        ORDER

D.K. SISTO, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's first filing in this case was a motion for a temporary restraining order (Doc. 1) filed on January 4, 2007.[1] Plaintiff then filed a complaint (Doc. 8) on February 20, 2007. He filed a second complaint on February 27, 2007 (Doc. 12), and a third complaint on April 19, 2007 (Doc. 14).

        On December 3, 2007, plaintiff then filed three apparently separate documents, which were docketed by the Clerk of the Court as a single entry (see Doc. 27). Those three documents are entitled: 1) "Motion for Emergency TRO and Preliminary and Permanent

---

[1] This motion was denied because it was not accompanied by a pleading sufficient to initiate a case.

1

1  Injunction"; 2) "First Amended Complaint"; and 3) "First Amended Complaint." While all three
2  documents bear the case number for this action, the first and second of these documents indicate
3  that the defendants are the State of California, Lt. Bender, T. Good, Broom, and other prison
4  officials. Neither of these documents appear to relate to the claims raised in any of plaintiff's
5  prior pleadings in this case. In particular, the first document (the motion for TRO) discusses
6  events occurring in November 2007, after the filing of plaintiff's first document in this case.

7  From all appearances, the first two documents discussed above, should have been
8  filed as a new and separate civil rights action. This conclusion is supported by plaintiff's
9  indication on the second document (entitled First Amended Complaint) that he has filed five
10 previous lawsuits and that the defendants to one of those lawsuits are the same defendants listed
11 in plaintiff's prior pleadings in this case. In addition, plaintiff submitted a new application to
12 proceed in forma pauperis. All this indicates that plaintiff intended to initiate a new action. If
13 that was his intention, plaintiff will be given an opportunity to resubmit these documents to the
14 court as a separate action.

15 The third document referenced above (also entitled First Amended Complaint)
16 appears to be plaintiff's most recent attempt at an operative pleading in this case. However, as
17 previously discussed, plaintiff has also submitted three other complaints in this action. Plaintiff
18 will therefore be given an opportunity to indicate to the court whether he intended the most
19 recent pleading (i.e. the third document discussed above) to be the operative pleading in this
20 case, and if so, to resubmit it to the court for proper filing.

21 Finally, attached to document 27 (the three documents addressed above) are
22 approximately 57 pages of exhibits. The court has no way of knowing whether these exhibits
23 relate to the separated action (i.e. the first and second documents) or the purposed amended
24 complaint in this action (i.e. the third document).

25 The Clerk of the Court will be directed to return to plaintiff all documents
26 associated with his December 3, 2007 filing (docketed at 27). With respect to the third document

in the filing (the First Amended Complaint), if plaintiff intended that document to be the operative pleading in this action, he must resubmit it as a separate filing bearing this case number and attaching any appropriate exhibits.  The December 3, 2007 filing (Doc. 27), will not be considered at this time as a request for injunctive relief and the Clerk of the Court will be directed to terminate it as a pending motion.  If plaintiff continues to seek injunctive relief, he may file a separate motion in the appropriate action.

                Accordingly, IT IS HEREBY ORDERED that:

        1.        The Clerk of the Court shall return to plaintiff all documents associated with the December 3, 2007 filing (Doc. 27);

        2.        Plaintiff may file a second amended complaint within 30 days of the date of this order;

        3.        If no second amended complaint is filed, this action will proceed on the first amended complaint filed April 19, 2007 (Doc. 14), which the court will then screen for sufficiency; and

        4.        The Clerk of the Court is directed to terminate Document 27 as a pending motion.

DATED: July 23, 2008

                                                                                    /s/ Craig M. Kellison
                                                                                    **CRAIG M. KELLISON**
                                                                                    UNITED STATES MAGISTRATE JUDGE