**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

MIGUEL E. DIAZ,                             No. CIV S-07-0020-WBS-CMK-P

       Plaintiff,

  vs.                                              ORDER

D.K. SISTO, et al.,

       Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 43) to submit documents required for service of this action by the United States Marshall. Good cause appearing therefor, the request is granted. Plaintiff shall submit the required documents within 30 days of the date of this order. Plaintiff is warned that failure to submit the required documents within the time provided may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110.

       IT IS SO ORDERED.


 DATED: March 3, 2009

                                          _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE