IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL E. DIAZ,                          No. CIV S-07-0020-WBS-CMK-P

    Plaintiff,

  vs.                                    ORDER

D.K. SISTO, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On January 27, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 27, 2009, are adopted in full;

2. Defendants Sisto, Rodriguez, Singh, Shockley, Sequira, Garnica, Flores, Parks, Zumwalt, Groeneweg, Hunter, Overstreet, Ferber, Copenhaver, Johnson, Martinez, Cervantes, Corioso, Robinson and Kromann are dismissed from this action for failure to state a claim; and

3. This matter proceeds against defendants Durfey, Gums, Orrick, Anderson, Chirilla, Cummins, Freese, Vela, McClain, Goodwin and Morin only.

DATED: March 9, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE